**No. 68105.**—Coles Cranes, Inc. *v.* United States, protests 61/6136–11769, 61/12020–12243, and 61/6137–11775 (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of mobile cranes or parts thereof similar in all material respects to those the subject of Abstract 67483, the claim of the plaintiff was sustained.

**No. 68106.**—New York Merchandise Co., Inc., et al. *v.* United States, protests 62/697, etc. (San Diego).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to the Mini Bachis the subject of Abstract 67238, the claim of the plaintiffs was sustained.